**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

KEVIN EVETTE NELSON                                                                                    PLAINTIFF
#654060

V.                                            NO: 4:11CV00467 SWW

DOC HOLLADAY *et al.*                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of July, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE